JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMESHIFT MEDIA, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANYTIME FITNESS FRANCHISOR LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  2:22-CV-00313-SPG-MRW<br><br>**ORDER OF DISMISSAL**<br><br><br><br><br><br><br><br>Complaint Filed:  January 14, 2022<br>Trial Date:　　　None Set |

ANY01-01:1-3-23

- 1 -

ORDER OF DISMISSAL

1  On stipulation of the parties, this matter is dismissed with prejudice. There is no
2  prevailing party.  Each party shall bear its own costs and attorney's fees.

4      IT IS SO ORDERED.

6  Date: February 9, 2023        Signed: _____
                                                 HON. SHERILYN PEACE GARNETT
                                                 UNITED STATES DISTRICT JUDGE